In the Matter of BRIAN PICKERING, Appellant, v CAR WIN CONSTRUCTION, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 4, 2016; decided February 23, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for leave to appeal denied.

ROBERT L. SCHULZ, Appellant, et al., Plaintiffs, v ANDREW M. CUOMO et al., Respondents, et al., Defendants.

Decided February 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge DiFIORE taking no part.

ROBERT L. SCHULZ et al., Appellants, et al., Plaintiffs, v STATE OF NEW YORK EXECUTIVE et al., Respondents.

Decided February 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge STEIN taking no part.